IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RAYMOND BERGERON-DAVILA,

                  Plaintiff,

v.                                                                                       ORDER

STEVEN PARENTEAU, DUSTIN MEEKER, and          17-cv-729-jdp
CORRECTIONS OFFICERS DOES 1-3,

                  Defendants.

---

Pro se plaintiff Raymond Bergeron-Davila is suing several correctional officers for using excessive force against him and failing to provide adequate medical care after Bergeron-Davila harmed himself. The issue before the court relates to defendant Dustin Meeker, who is deceased. The Wisconsin Department of Justice (which represents defendant Stephen Parenteau) has submitted a proposed stipulation in which it offers to accept any potential liability against Meeker to avoid the need to substitute Meeker's successor.

The court held a telephone conference to discuss the department's proposed stipulation. Bergeron-Davila appeared on his own behalf. Ann Peacock appeared on behalf of defendants and the department.

At the conference, I explained the purpose and meaning of the stipulation to Bergeron-Davila and gave him the opportunity to ask questions. I also stated that the proposed stipulation could be rewritten to make it more understandable to a nonlawyer. Bergeron-Davila stated that he would be inclined to sign a simplified version of the stipulation.

I have attached an amended version of the proposed stipulation for the parties' consideration. I will give both sides an opportunity to consider the new version and either sign it or raise an objection.

ORDER

IT IS ORDERED that the Wisconsin Department of Justice may have until December 7, 2018, to review the court's proposed stipulation and either return a signed copy to the court or raise an objection in writing. If the department returns a signed copy, the court will forward that copy to plaintiff Raymond Bergeron-Davila for his consideration.

Entered November 29, 2018.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge